UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

  v.                              Case No. 21-CR-113

JACOB L. MACLIN,

          Defendant.

## REPORT AND RECOMMENDATION

Jacob L. Maclin has waived his right to counsel and elected to represent himself in this action (with the assistance of standby counsel). Prior to his waiver of his right to counsel, Maclin filed a document captioned "The man Jacob L. Maclin's Motion by Affidavit to Dismiss all plaintiff claim and requested for true bill to be sent to JACOB LEON MACLIN ESTATE for settlement of debt upon plaintiff's proof of claim and sworn counter-affidavit under penalty of perjury by plaintiff." (ECF No. 11.)

The document contains what can only be described as legal nonsense that bears certain of the hallmarks of sovereign citizen ideology. *See Bey v. Indiana*, 847 F.3d 559 (7th Cir. 2017) (describing sovereign citizen ideology). Insofar as this document can be construed as a motion to dismiss the indictment, the motion is frivolous.

**IT IS THEREFORE RECOMMENDED** that, insofar as the document filed as ECF No. 11 represents a motion to dismiss the indictment, the motion be **denied**.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Crim. P. 59(b)(2), whereby written objections to any recommendation herein or part thereof may be filed within fourteen days of service of this recommendation or prior to the Final Pretrial Conference, whichever is earlier. Failure to file a timely objection with the district court shall result in a waiver of your right to appeal.

Dated at Milwaukee, Wisconsin this 13th day of August, 2021.

*William E. Duffin*
WILLIAM E. DUFFIN
U.S. Magistrate Judge